IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| PROENERGY SERVICES, LLC, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No.: 09-4026-CV-C-SOW |
| ) | |
| BALKAN ENERGY COMPANY, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Before the Court is the parties' Motion for Dismissal With Prejudice (Doc. #80). Plaintiff and defendant inform the Court that the above-captioned case should be dismissed *with* prejudice.

Accordingly, it is hereby

ORDERED that the parties' Motion for Dismissal With Prejudice (Doc. #80) is granted. The above-captioned case is dismissed *with* prejudice, with each party to bear its own costs.